CASTRO, DEMANDANTE Y APELADO, *v.* MÉNDEZ, DEMANDADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao
en pleito sobre cobro de dinero. Moción solicitando la
desestimación del recurso.

No. 2213.—Resuelto en abril 6, 1920.

DESESTIMACIÓN DE APELACIÓN—DILIGENCIA Y BUENA FE DEL APELANTE.—Cuando
el apelante justifica que el hecho de no haber presentado el pliego de excep-
ciones y de exposición del caso enmendado de acuerdo con la orden de la
corte se debe a no haber sido resuelta por ésta una moción íntimamente re-
lacionada con la preparación de dichos documentos, no puede estimarse que
el apelante haya dejado de proseguir su apelación con la debida diligencia
o buena fe y no procede, por tanto, la desestimación del recurso.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. L. Jiménez García.*

Abogados del apelado: *Sres. L. Muñoz Morales* y *M. A.
Muñoz.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tri-
bunal.

La parte apelada nos ha pedido que desestimemos el re-
curso de apelación que se interpuso en este caso porque ha-
biendo ordenado la corte inferior en 11 de agosto de 1919
que el apelante presentara enmendado el pliego de excep-
ciones y de exposición del caso no lo ha verificado a pesar

del tiempo transcurrido. Oponiéndose el apelante a la desestimación ha probado con certificación del secretario de la corte inferior que habiendo ordenado dicha corte que el expresado pliego fuera enmendado relacionando la prueba documental de tal modo que este tribunal pudiese apreciar exactamente el contenido de los documentos, le pidió en 21 de agosto que le permitiese presentar una copia fiel y exacta de dicha prueba documental como complemento del pliego que tenía presentado, y habiendo accedido la corte a su solicitud le pidió después en 21 de noviembre que ordenase al apelado que uniera nuevamente al pleito ciertos documentos presentados por él como prueba y que había desglosado, cuya moción no ha sido resuelta todavía por la corte en 1º. de abril corriente.

De los anteriores hechos resulta que si el pliego de excepciones y de exposición del caso no ha sido enmendado presentando una copia fiel y exacta de ciertos documentos se debe a que la corte inferior no ha resuelto la moción del apelante en que pidió ordenara a la parte apelada que uniera a los autos ciertos documentos que presentó como prueba, que alega fueron desglosados y, por tanto, la paralización en la presentación del pliego enmendado no se debe a haber dejado transcurrir el apelante término alguno dentro del cual tuviera que cumplir lo que se le ordenó ni tampoco a no haber proseguido su apelación con la debida diligencia o de buena fé, por lo que la regla 59 de las de esta Corte Suprema invocada por la parte apelada no es de aplicación y debemos declarar sin lugar su moción de desestimación.

*Sin lugar la desestimación del recurso.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Hutchison.

El Juez Presidente Sr. Hernández no tomó parte en la resolución de este caso.